# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2024-0122**

David Wayne Adams v. State of Alabama (Appeal from Jackson Circuit Court: CC-21-1184, CC-21-1190, CC-21-1191, CC-22-612, CC-22-613, CC-21-614, CC-21-615, CC-22-617, CC-22-618, CC-22-619, CC-22-620, CC-22-621, and CC-22-622)

# <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk